IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DINO IACULLO, ) | |
| Reg. No. 30812-004, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-523-WHA |
| ) | (WO) |
| DENNIS STAMPER, et al., ) | |
| ) | |
| Respondents. ) | |

**OPINION and ORDER**

On August 22, 2016, the Magistrate Judge entered a Recommendation in this case (Doc. #63). There have been no timely objections filed to the Recommendation. Upon an independent review of the file, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2241 petition for habeas corpus relief filed by the petitioner is DENIED.

3. This case is DISMISSED for lack of jurisdiction.

DONE this 21st day of September, 2016.

                      /s/ W. Harold Albritton
                      SENIOR UNITED STATES DISTRICT JUDGE