IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DINO IACULLO,<br>Reg. No. 30812-004, | )<br>)<br>) |
| Petitioner, | ) |
| v. | )   CASE NO. 2:13-CV-523-WHA<br>)                     (WO) |
| DENNIS STAMPER, et al., | ) |
| Respondents. | ) |

## **JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the Respondents and against the Petitioner and that this action is DISMISSED for lack of jurisdiction.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 21st day of September, 2016.

                                          /s/  W. Harold Albritton
                                    SENIOR UNITED STATES DISTRICT JUDGE